# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**919**

**KA 11-02104**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

ADAM BENNEFIELD, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (KRISTIN M. PREVE OF COUNSEL), FOR DEFENDANT-APPELLANT.

ADAM BENNEFIELD, DEFENDANT-APPELLANT PRO SE.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (NICHOLAS T. TEXIDO OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from a resentence of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered May 27, 2009. Defendant was resentenced upon his conviction of attempted kidnapping in the second degree (two counts).

It is hereby ORDERED that said appeal is unanimously dismissed.

Same Memorandum as in *People v Bennefield* ([appeal No. 2] ___ AD3d ___ [Sept. 27, 2013]).

Entered: September 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court